# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEVIN & SON, INC., <br><br> Plaintiff, <br><br> v. <br><br> C.R. POWLESS & CO, LLC, et al., <br><br> Defendants. | Case No. 1:22-cv-00803-SAB <br><br> ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 18) <br><br> **DECEMBER 9, 2022 DEADLINE** |

On November 18, 2022, the parties filed a notice of settlement. (ECF No. 18.) The parties request that all pending dates be vacated, and that the Court retain jurisdiction until Defendant C.R. Prowless & Co., LLC ("CRP"), can fully perform its duties under the settlement agreement. (Id. at 2.) The parties proffer that it is estimated that CRP will fully perform its duties on or about November 21, 2022, and that the Plaintiff will then file a notice of dismissal within five (5) days. (Id.) The Court notes that while the stipulation proffers the duties will be completed around November 21, 2022, the proposed order references retaining jurisdiction for 120 days. (Id. at 3.)

The Court shall vacate all pending dates and matters, and order the parties to file dispositional documents within twenty-one (21) days. See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall

1

not be more than twenty-one (21) days from the date of said notification, absent good cause."). At that point, if the parties require additional time to file dispositional documents, they may request an extension of the deadline upon a demonstration of good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents on or before December 9, 2022.

IT IS SO ORDERED.

Dated:   **November 21, 2022**

UNITED STATES MAGISTRATE JUDGE